SUBJECT TO A PROTECTIVE ORDER



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ZA

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 8, 2013

By MAIL and ECF

Lisa Hoyes, Esq.

   Re: United States v. Lawal Babafemi
     Criminal Docket No. 13-109 (JG)

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter, bates numbered 67 through 191.  This letter and the discovery materials referenced herein or attached hereto are subject to the unclassified protective order entered in this case on September 27, 2013. Please also consider this letter to be the government's request for reciprocal discovery.

   Enclosed and Bates numbered 67-99 is a report of an analysis conducted of the defendant's cell phone.

   Enclosed and Bates numbered 100-108 are the defendant's bank records.

   Enclosed and Bates numbered 109-115 and 123-191 are emails recovered by the Nigerian authorities.

   Enclosed and Bates numbered 116-118 is a Department of State Services form completed by the defendant and bearing his fingerprints.

   Enclosed and Bates numbered 119-120 is a search warrant obtained by Nigerian authorities and a list of items recovered during the execution of the warrant.

Enclosed and Bates numbered 121-122 is a copy of the defendant's passport.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   _____/s/_____
Zainab Ahmad
Assistant United States Attorney
(718) 254-6522

Enclosures

cc:  Clerk of Court (JG) (w/o enc.)