## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: 4/29/2014                                Time: 2:50pm - 3:40 pm

DOCKET NUMBER: 13 CR 109

DEFENDANT'S NAME: Lawal Olaniyi Babafemi
   ✓ Present  ___ Not Present  ✓ In Custody  ___ Bail

DEFENSE COUNSEL: Lisa Hoyes and Chase Scolnick
   ✓ Legal Aid  ___ CJA  ___ Retained

AUSA: Hilary L. Jager and William M. Narus; Zainab Ahmad       Deputy Clerk: Ilene Lee

COURT REPORTER: Allan Sherman

✓ Case called.

Defendant:  ✓ sworn   ___ arraigned   ✓ informed of rights
            ✓ Waives trial before District Court.

___ Waiver of indictment executed.
___ Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) ONE and TWO of the Indictment.
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) _____ of the _____.
✓ Court finds factual basis for the plea.
___ Sentencing set for _____ @ _____.
___ Deft continued on $_____ Bond.     ✓ Deft continued in Custody.
___ Bail set in the amount of $_____ and deft released.
___ Case adjourned until _____ for _____.

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge _____ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

— The sentencing date is set for August 27, 2014 at 3:30 pm