

U.S. Department of Justice

United States Attorney
Eastern District of New York

HLJ
F. #2011R01655

271 Cadman Plaza East
Brooklyn, New York 11201

January 15, 2015

By Hand and ECF

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Lawal Babafemi
                Criminal Docket No. 13-109 (JG)

Dear Judge Gleeson:

      The government writes to respectfully request an extension of time to file its sentencing letter in the above-captioned case and for an 8-day adjournment of the sentencing hearing. The government's sentencing letter is due January 16, 2015 and the defendant is scheduled to be sentenced on January 22, 2015 at 3 p.m. In order to thoroughly respond the defendant's lengthy sentencing submission, the government requests a one-week extension of time, until January 23, 2015, to file its sentencing memorandum. In addition, the government respectfully requests an adjournment of the sentencing date until January 30, 2015, a date that your Courtroom Deputy has advised is convenient for the Court. Defense counsel consents to this request. Thank you for your consideration of this application.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
      Hilary Jager
      Assistant U.S. Attorney
      (718) 254-6248

Cc: Lisa Hoyes, Esq. (by ECF)