

U.S. Department of Justice

United States Attorney
Eastern District of New York

ZA/HLJ
F. #2011R01655

271 Cadman Plaza East
Brooklyn, New York 11201

January 22, 2015

<u>By Hand and ECF</u>

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Lawal Babafemi
                  <u>Criminal Docket No. 13-109 (JG)</u>

Dear Judge Gleeson:

        The government writes to respectfully request a second extension of time to file its sentencing letter currently due January 23, 2015 in the above-captioned case and for an adjournment of the sentencing hearing currently scheduled for January 30, 2015 because the government has very recently become aware of new information that may bear directly on a disputed issue at sentencing. The government has been investigating the information in the hopes of proceeding as scheduled but due to circumstances beyond its control respectfully requests additional time in order to determine whether such information is relevant and may be made available to the Court. Accordingly, the government requests an extension of time, until February 27, 2015, to file its sentencing memorandum. In addition, the government respectfully requests an adjournment of the sentencing date until March 7,

2015. Defense counsel consents to this request. Thank you for your consideration of this application.

                                                    Respectfully submitted,

                                                    LORETTA E. LYNCH
                                                    United States Attorney

                             By:     /s/
                                                    Zainab Ahmad
                                                    Hilary Jager
                                                    Assistant U.S. Attorneys
                                                    (718) 254-6255/6248

Cc: Lisa Hoyes, Esq. (by ECF)