

U.S. Department of Justice

United States Attorney
Eastern District of New York

ZA/HLJ
F. #2011R01655

271 Cadman Plaza East
Brooklyn, New York 11201

February 25, 2015

By Hand and ECF

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Lawal Babafemi
> Criminal Docket No. 13-109 (JG)

Dear Judge Gleeson:

      The government writes to respectfully request a third extension of time to file its sentencing letter currently due February 27, 2015 in the above-captioned case and for an adjournment of the sentencing hearing currently scheduled for March 6, 2015. As noted in the Government's January 22, 2015 letter to the Court, the government has very recently become aware of new information that may be relevant to sentencing. The government continues to diligently investigate these circumstances and requests additional time in order to determine whether such information is relevant. In addition, the other Assistant U.S. Attorney on the case is currently on trial before the Honorable Raymond J. Dearie in United States v. Naseer. Accordingly, the government requests an extension of time, until April 24, 2015, to file its sentencing memorandum. In addition, the government respectfully requests an adjournment of the sentencing date until April 30, 2015. We recognize that this a lengthy adjournment but expect to be able to move forward with sentencing by that date. In the event the government is prepared to move forward with sentencing sooner than the requested dates, the government will inform the Court and promptly file its sentencing submission.

2

   Defense counsel does not consent to this request.  Thank you for your consideration of this application.

             Respectfully submitted,

             LORETTA E. LYNCH
             United States Attorney

      By:    /s/   Hilary Jager
             Zainab Ahmad
             Hilary Jager
             Assistant U.S. Attorneys
             (718) 254-6255/6248

Cc: Lisa Hoyes, Esq. (by ECF)