FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 15 2021 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------
Lawal Babafemi,
    Petitioner,

v.

United States of America,
    Respondent

Case No. 13-CR-00109 (MKB)
-----------------------------------------
NOTICE OF APPEAL

The Petitioner, Lawal Babafemi, proceeding sui juris, hereby files this "Notice of Appeal,"

in this Honorable Court, for the denial of his COVID-19 Compassionate Relief Motion filed

on 08/14/2020 pursuant to 18 U.S.C 3582(c)(1)(A). This Motion was denied by the Honorable

Judge Brian M. Cogan on 03/31/2021.

Respectfully Submitted,

/s/ _____
Lawal Babafemi
USM #82814-053
LSCI Allenwood
PO Box 1000
White Deer, PA 17887



RECEIVED
APR 15 2021
PRO SE OFFICE

CERTIFICATE OF SERVICE
------------------------------------

The undersigned hereby certifies that a true and correct copy of this foregoing

"Notice of Appeal" has been mailed, via U.S. Postal Service, to the Clerk of the U.S.

District Court for the Eastern District of New York (as agent), to be served upon all

interested parties via this Court's ECF system on this _4th_ day of April, 2021.

/s/_____

Lawal Babafemi
USM #82814-053
LSCI Allenwood
PO Box 1000
White Deer, PA 17887







CERTIFIED MAIL®

7020 0090 0001 2331 6992



U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
APR 07, 21
AMOUNT
$0.00
R2305K138972-03

11201

1000

UNITED STATES
POSTAL SERVICE®



◇◇82814-053◇◇
U S District Court
Eastern District NY
225 Cadman PLZ E
Brooklyn, NY 11201
United States

Legal Mail

Babafemi, Lawal O.
Fed. Reg # 82814-053
Allenwood Low Security
Correctional Inst.
P.O. Box 1000
White Deer, PA 17887

Low Security Corr
Allenwood, 
Date   4-6-21
**The enclosed letter** was proces
special mailing procedures for fo
you. The letter has **neither** been op
inspected. If the **writer raises** 
problem over which this facil
jurisdiction, you may wish 
material for further informati
**If the writer encloses** corres
**forwarding to another address**
enclosure to