MANDATE

E.D.N.Y. – Bklyn
20-cv-3384
13-cr-109
Cogan, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand twenty-one.

Present:

> Amalya L. Kearse,
> Raymond J. Lohier, Jr.,
> Michael H. Park,
>    *Circuit Judges*.

_____

Lawal Olaniyi Babafemi, AKA Abdullah, AKA Ayatollah Mustapha,

> *Petitioner-Appellant*,

    v.                                                                21-1217

United States of America,

> *Respondent-Appellee*.

_____

Appellant, pro se, moves for a certificate of appealability.  Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *see Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/20/2021